**FILED**
APR 0 8 2008

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

MAGISTRATE JUDGE SUSAN E. COX
UNITED STATES DISTRICT COURT

### AFFIDAVIT OF COMPLAINT (OR INDICTMENT) IN REMOVAL PROCEEDINGS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER: MAGISTRATE JUDGE COX |
| v. ) | |
| ) | **08CR 283** |
| SEKOU DANCY ) | |
| ) | |

The undersigned Affiant personally appeared before <u>SUSAN E. COX</u>, a United States Magistrate Judge, and being duly sworn on oath, states: That in the <u>EASTERN DISTRICT MISSOURI</u>, one <u>SEKOU DANCY</u>, was charged in an Indictment with violations of <u>Section 846 and 841</u> of the United States Code, Title <u>21</u>; and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant (*see* Exhibit A - Warrant for Arrest and Indictment).

Wherefore, Affiant prays that the defendant be dealt with according to law.

_____
Franklin Nivar
Federal Bureau of Investigation

Subscribed and Sworn to before me this
8th day of <u>April</u>, 2008.

_____
SUSAN E. COX
United States Magistrate Judge

**RECEIVED**

AUSA Lindsay C. Jenkins
312-353-0962

APR - 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# United States District Court

EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.

SEKOU DANCY
a/k/a "Koo" or "Coo"

WARRANT FOR ARREST

CASE NUMBER

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest SEKOU DANCY and bring the defendant forthwith to the nearest magistrate to answer an Indictment charging the defendant with

Count 1: knowingly and intentionally conspiring to distribute and possess with the intent to distribute in excess of one (1) kilogram of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846; and Count IV: Criminal Forfeiture, in violation of Title 21, United States Code, Section 853.

| JAMES WOODWARD | Clerk, United States District Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| | |
| Signature of Issuing Officer | April 3, 2008, St. Louis, Missouri |
| | Date and Location |
| | |
| (By) Deputy Clerk | by _____ |
| | Name of Judicial Officer |

Detention Recommended.

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| SEKOU DANCY | ) | Counts I & IV |
| a/k/a "Koo" or "Coo," | ) | |
| YOHANCE JOSEPH LACOUR, | ) | Counts I & IV |
| a/k/a "Yo," | ) | |
| DEMARCO BOHLEN, | ) | Counts I & IV |
| a/k/a "Marco," | ) | |
| DIA WILLIAMS, | ) | Counts I, III & IV |
| a/k/a "KD," | ) | |
| PATRICK READYE, | ) | Counts I & IV |
| a/k/a "Looch," | ) | |
| DUJANETE MOORE, | ) | Counts I, II & IV |
| a/k/a "Pooh," | ) | |
| | ) | |
| Defendants. | ) | |

## INDICTMENT

COUNT I:   CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE HEROIN (All Defendants)

The Grand Jury charges that:

Beginning at a time unknown, but including the period from on or about October 2006, and continuing thereafter until the date of this indictment, with the exact dates unknown to this Grand Jury, in the City of St. Louis, in the Eastern District of Missouri and elsewhere,

SEKOU DANCY, a/k/a "Koo" or "Coo,"
YOHANCE JOSEPH LACOUR, a/k/a "Yo,"
DEMARCO BOHLEN, a/k/a "Marco,"
DIA WILLIAMS, a/k/a "KD,"

**PATRICK READYE, a/k/a "Looch," and
DUIANETE MOORE, a/k/a "Pooh,"**

the defendants herein, did knowingly and willfully conspire, combine, confederate and agree with each other and with other persons known and unknown to this Grand Jury, to commit offenses against the United States to wit: to distribute and possess with intent to distribute heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 846; and

The quantity of heroin involved in the offense was in excess of one kilogram, punishable under Title 21, United States Code, Section 841(b)(1)(A)(i).

**COUNT II:   DISTRIBUTION OF HEROIN (Duianete Moore)**

The Grand Jury further charges that:

On or about July 10, 2007, in the City of St. Louis, in the Eastern District of Missouri, the defendant,

**DUIANETE MOORE, a/k/a "Pooh,"**

did knowingly and intentionally distribute heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT III:   POSSESSION WITH INTENT TO DISTRIBUTE HEROIN (Dia Williams)**

The Grand Jury further charges that:

On or about August 8, 2007, in the City of St. Louis, in the Eastern District of Missouri, the defendant,

**DIA WILLIAMS, a/k/a "KD,"**

2

did knowingly and intentionally possess with the intent to distribute heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

COUNT IV: CRIMINAL FORFEITURE (All Defendants)

The Grand Jury further charges that:

1. The allegations of Count I of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. The property, real and personal of defendants,

> SEKOU DANCY, a/k/a "Koo" or "Coo,"
> YOHANCE JOSEPH LACOUR, a/k/a "Yo,"
> DEMARCO BOHLEN, a/k/a "Marco,"
> DIA WILLIAMS, a/k/a "KD,"
> PATRICK READYE, a/k/a "Looch," and
> DUIANETE MOORE, a/k/a "Pooh,"

(a) constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of the violation of law set out in Count I of this Indictment, and

(b) used, or intended to be used, in any manner or part to commit or to facilitate the commission of such violations,

is property subject to forfeiture pursuant to Title 21, United States Code, Section 853(a).

3. Subject to forfeiture is approximately $1,375,000 in United States Currency in that such sum in the aggregate is property constituting, or derived from any proceeds the defendants obtained directly or indirectly as a result of the offense alleged in

3

Count I. It is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any property of the defendants up to the value of $1,375,000.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL.

_____
FOREPERSON

CATHERINE L. HANAWAY
United States Attorney


_____
TIFFANY G. BECKER, #77631
Assistant United States Attorney

4