# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08cr283-1 | **DATE** | 4/8/2008 |
| **CASE TITLE** | USA vs. Sekou Dancy | | |

**DOCKET ENTRY TEXT**

Defendant appears in response to self-surrender 4/8/08. Berve Power is given leave to file his appearance as counsel for Defendant. Defendant waives identity hearing. Order Defendant removed to Eastern District of Missouri. Bond hearing held.

Docketing to mail notices.

00:25

| | Courtroom Deputy Initials: | VKD |
|---|---|---|