UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,
CLERK**

OFFICE OF THE CLERK
April 16, 2008

Eastern District of Missouri
Mr. James G. Woodward, Clerk
United States District Court
3.300 Thomas F. Eagleton
United States Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

**Re:**  USA v. Sekou Dancy - 08 CR 283

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | | |
|---|---|---|
| _X_ Docket Sheet, Case No.: 08 CR 283 | _X_ Order of Removal dated: 4/8/08 | |
| _X_ Affidavit in Removal | ____ Final Commitment Proceedings | |
| ____ Financial Affidavit | ____ Temporary Commitment | |
| ____ Order appointing counsel | _X_ Order setting conditions of release | |
| ____ CJA 20 Form | ____ Detention Order | |
| _X_ Appearance form | _X_ Appearance Bond | |
| | ____ Other(see docket for entries): | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: _____
Marsha E. Glenn , Deputy Clerk