

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X /s/ Boyd  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>BOYD  4/21 |
| 1. Article Addressed to:  08CR283<br><br>Eastern District of Missouri<br>Mr. James G. Woodward, Clerk<br>United States District Court<br>3.300 Thomas F. Eagleton<br>United States Courthouse<br>111 South Tenth Street<br>St. Louis, MO 63102-1116 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>[APR 21 2008 stamp]<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2150 0005 2036 0135 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

08cr283

FILED
Apr 24, 2008
APR 24 2008 YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT